# COUNTY OF SUFFOLK



**SUFFOLK COUNTY CLERK'S OFFICE**

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 859

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT   N.Y.

★  AUG 23 2019

LONG ISLAND OFFICE

Date: **AUG 21 2019**

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 615507/2019, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,


Laurie Edwards
Senior Office Assistant


19cv4666 (JMA)(GRB)



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**
filed in my office on  **08/21/2019**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **8/21/2019**   .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



NYSCEF
Suffolk County Supreme Court

**Document List**
**Index #  615507/2019**

Created on:08/21/2019 10:09 AM

Case Caption:   **Dustin Hice v. Don Lemon**
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS | Processed | 08/11/2019 | Miltenberg, A. |
| 2 | COMPLAINT<br>Verified Complaint | Processed | 08/11/2019 | Miltenberg, A. |
| 3 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 08/13/2019 | Lavigne, C. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

| | |
|---|---|
| Dustin Hice,<br><br>        Plaintiff,<br><br>    -against-<br><br>Don Lemon<br><br>        Defendant. | Index No. 615507/2019 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, on August 13, 2019, a Notice of Removal of the above-captioned action was filed in the United States District Court for the Eastern District of New York. This action now bears docket number 2:19-cv-04666. A true copy of the Notice of Removal with electronic file stamp is attached as Exhibit A hereto.

Accordingly, the entire Supreme Court action has been removed to the United States District Court, EASTERN DISTRICT of New York.

Dated: August 13, 2019
New York, New York

                                            Respectfully Submitted,

                                            /s/ Christopher N. LaVigne

                                            Christopher N. LaVigne
                                            Caroline J. Polisi
                                            Pierce Bainbridge Beck
                                            Price & Hecht LLP
                                            277 Park Ave. 45th Floor
                                            New York, NY 10172
                                            T: (212) 484-9866
                                            E: cpolisi@piercebainbridge.com
                                            E: clavigne@piercebainbridge.com
                                            *Counsel for Defendant Don Lemon*

1

TO: **VIA NYSCEF**
Andrew T. Miltenberg, Esq.
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, New York 10001

*Attorneys for Plaintiff Dustin Hice*

# EXHIBIT A

Case 2:19-cv-04666-JMA-SIL Document 8 Filed 08/23/19 Page 7 of 9 PageID #: 38
FILED: SUFFOLK COUNTY CLERK 08/13/2019 09:04 PM INDEX NO. 615507/2019
NYSCEF DOC. NO. 3  Case 2:19-cv-04666 Document 1 Filed 08/13/19 Page 1 of 3 PageID #: 1  RECEIVED NYSCEF: 08/13/2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dustin Hice,<br><br>   Plaintiff,<br><br>-against-<br><br>Don Lemon<br><br>   Defendant. | Docket No. _____<br><br>**NOTICE OF REMOVAL**<br><br>**Jury Trial Demanded** |

  PLEASE TAKE NOTICE that, PURSUANT TO 28 U.S.C. §§ 1441 *et seq.*, Don Lemon, named herein as Defendant, through his attorneys, Pierce Bainbridge Beck Price & Hecht LLP, hereby remove the New York State Supreme Court action described below to the United States District Court for the Eastern District of New York on the following grounds:

  1. On August 11, 2019, Dustin Hice, the plaintiff named in the caption above, commenced an action in the Supreme Court for the State of New York, County of Suffolk, entitled *Dustin Hice v. Don Lemon*, 615507/2019 ("State Court Action"). The complaint in this action ("Complaint" or "Compl.") brings causes of action arising from an alleged assault and battery of Plaintiff while he was in Sag Harbor, New York. A copy of the summons ("Summons") and Complaint in this action is annexed hereto as Exhibit 1. Plaintiff has not served Defendant with the Complaint or Summons, but Plaintiff became aware of the Summons and Complaint on August 11, 2019 when Plaintiff electronically filed these documents on NYSCEF.

Case 2:19-cv-04666-JMA-SIL   Document 8   Filed 08/23/19   Page 8 of 9 PageID #: 39
FILED: SUFFOLK COUNTY CLERK 08/13/2019 09:04 PM   INDEX NO. 615507/2019
NYSCEF DOC. NO. 2   Case 2:19-cv-04666   Document 1   Filed 08/13/19   Page 2 of 3 PageID #: 2   RECEIVED NYSCEF: 08/13/2019

2. This Notice of Removal is being filed within 30 days after receipt by Defendant of the copy of the initial pleading setting forth the claim for relief upon which the action is based. Thus, this Notice of Removal is timely filed in this Court.

3. The State Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a) (diversity) and which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§1441 *et seq.*

4. Plaintiff Dustin Hice is an individual. On information and belief, when the Summons and Complaint were filed, Mr. Hice was, and still is, a citizen and resident of the State of Florida. On information and belief, when the Summons and Complaint were filed, Mr. Hice was, and still is, domiciled solely in Florida. On information and belief, when the Summons and Complaint were filed, Mr. Hice was not, and still is not, a citizen of any State other than Florida or a citizen of any country other than the United States. In the Complaint, Mr. Hice states: "At all times relevant to this Complaint, Plaintiff was and is a male citizen of the United States who resides in the State of Florida." (Compl. ¶ 3.)

5. Defendant Don Lemon is an individual. When the Summons and Complaint were filed, Mr. Lemon was, and still is, a citizen and resident of the State of New York. When the Summons and Complaint were filed, Mr. Lemon was, and still is, domiciled solely in New York. On information and belief, when the Summons and Complaint were filed, Mr. Lemon was not, and still is not, a citizen of any State other than New York or a citizen of any country other than the United States.

6. In his Complaint, Plaintiff seeks extensive damages against Defendant for "reimbursement of and prepayment for all of Plaintiff's expenses including expenses incurred as

Case 2:19-cv-04666-JMA-SIL Document 8 Filed 08/23/19 Page 9 of 9 PageID #: 40
FILED: SUFFOLK COUNTY CLERK 08/13/2019 09:04 PM INDEX NO. 615507/2019
NYSCEF DOC. NO. Case 2:19-cv-04666 Document 1 Filed 08/13/19 Page 3 of 3 PageID #: 3 RECEIVED NYSCEF: 08/13/2019

a consequence of the assault; damages for deprivations of the access to career opportunities; and damages for past, present, and future emotional pain and suffering, ongoing and severe mental anguish, and loss of past, present, and future earnings and enjoyment of life in an amount to be determined at trial." (Compl. at 8.) Given the wide-ranging damages Plaintiff requests and the severity of Plaintiff's alleged emotional distress,[1] the amount in controversy is above $75,000 in this action.

WHEREFORE, Defendant Don Lemon prays that this action be removed to the United States District Court for the Eastern District of New York.

Dated: August 13, 2019

Respectfully Submitted,

*[signature]*

Caroline J. Polisi
Christopher N. LaVigne
Pierce Bainbridge Beck
Price & Hecht LLP
277 Park Ave. 45th Floor
New York, NY 10172
T: (212) 484-9866
E: cpolisi@piercebainbridge.com
E: clavigne@piercebainbridge.com
*Counsel for Defendant Don Lemon*

---

[1] Plaintiff alleges that his emotional distress was severe enough to result in "sickness" and "mental harm," (Compl. ¶¶ 41, 49) and that "Plaintiff found himself withdrawn from friends and family, suffered feelings of shame, humiliation, anxiety, anger, and guilt. Plaintiff found himself unable to sleep and at times, and suffered from suicidal ideations." (Compl. ¶ 28.)