UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X
DUSTIN HICE,

                          Plaintiff(s),                    Case # 2:19-cv-04666-JMA-GRB

      -against-

DON LEMON,                                                **AFFIDAVIT OF SERVICE**

                         Defendant(s),                    **OF SUMMONS AND**

-------------------------------------------------------------------------------X   **VERIFIED COMPLAINT**

State of New York)
County of Nassau ) ss.:

TYRONE CLARK, being duly sworn, deposes and says:

That deponent is not a party to this action is over 18 years of age and resides at Farmingdale, New York.

That on January 22rd, 2020, at 2: 30 pm, at **54 Rysam Street, Sag Harbor, NY 11963**, deponent served the within SUMMONS & VERIFIED COMPLAINT on **Don Lemon**, defendant, therein named, by delivering a true copy thereof to **Jane Doe/Housekeeper (refused name)**, personally.

Upon arrival, I knocked on the door, which was answered by Jane Doe. I was instructed to go to the side door. As I met her at the side door, I asked her to see Mr. Lemon and handed Jane Doe, the Summons and Complaint. She refused to accept service, I reached into the doorway foyer and placed them on a shelf. Jane Doe picked up the papers off the shelf and proceeded to throw them at my face. I returned to the front of the home and taped the Summons and Verified Complaint to the front door. I returned to my car and left the premises.

On January 23, 2020, deponent also enclosed a copy of the Summons and Verified Complaint in a postpaid sealed plain envelope, marked personal & confidential, and properly addressed it to Don Lemon, at his last known address, **54 Rysam Street, Sag Harbor, NY 11963,** and deposited said envelope in a post office box, official depository under the exclusive care and custody of the United States Postal Service within New York State.

DESCRIPTION: Deponent describes the individual served as follows:

Sex: Female    Age: 40-45 years    Weight: 125 lbs    Height: 5'6"    Hair Color: Black

Ethnicity: Hispanic

                                                           _____
                                                            TYRONE CLARK

Sworn to before me this
23rd day of January, 2020

_____
Notary Public

DONNA A. LARMANN
Notary Public, State of New York
No. 01LA6230377
Qualified in Nassau County
Commission Expires November 01, 2022

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
DUSTIN HICE,

                    Plaintiff(s),

      -against-

DON LEMON,

                    Defendant(s),
-----------------------------------------------------------------------------X

Case # 2:19-cv-04666-JMA-GRB

**AFFIDAVIT OF SERVICE OF SUMMONS AND VERIFIED COMPLAINT BY MAIL**

State of New York)
County of Nassau ) ss.:

MICHAEL P. LEO, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides at Corona, New York.

That on January 23rd, 2020, deponent served the within **SUMMONS & VERIFIED COMPLAINT** on **Don Lemon**, defendant, therein named, by enclosing a copy of said Summons & Verified Complaint in a post paid sealed plain envelope marked personal and confidential, and properly addressed it to **Don Lemon** at his last known address **P.O. Box 971 Sag Harbor, New York, 11963**, and deposited said envelope in a post office box, official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                          MICHAEL P. LEO
                                          DCA Lic. No.: 2069395

Sworn to before me this
23 day of Jan , 2020

_____
Notary Public

DONNA A. LARMANN
Notary Public, State of New York
No. 01LA6230377
Qualified in Nassau County
Commission Expires November 01, 20 22

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
DUSTIN HICE,

                      Plaintiff(s),

        -against-

DON LEMON,

                      Defendant(s),
-------------------------------------------------------------------------------X

Case # 2:19-cv-04666-JMA-GRB

**AFFIDAVIT OF SERVICE OF SUMMONS AND VERIFIED COMPLAINT BY MAIL**

State of New York)
County of Nassau ) ss.:

MICHAEL P. LEO, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides at Corona, New York.

That on January 23rd, 2020, deponent served the within SUMMONS & VERIFIED COMPLAINT on **Don Lemon**, defendant, therein named, by enclosing a copy of said Summons & Verified Complaint in a post paid sealed plain envelope marked personal and confidential, and properly addressed it to **Don Lemon c/o CNN** at their last known address **30 Hudson Yard, New York, New York, 10001**, and deposited said envelope in a post office box, official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                              MICHAEL P. LEO
                                                              DCA Lic. No.: 2069395

Sworn to before me this
23 day of Jan , 2020

_____
Notary Public

DONNA A. LARMANN
Notary Public, State of New York
No. 01LA6230377
Qualified in Nassau County
Commission Expires November 01, 2022

UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
DUSTIN HICE,

                          Plaintiff(s),

        -against-

DON LEMON,

                          Defendant(s),
-----------------------------------------------------------------------------X

Case # 2:19-cv-04666-JMA-GRB

**AFFIDAVIT OF SERVICE OF SUMMONS AND VERIFIED COMPLAINT**

State of New York)
County of Nassau ) ss.:

MICHAEL P. LEO, being duly sworn, deposes and says:

That deponent is not a party to this action is over 18 years of age and resides at Corona, New York.

That on January 22rd, 2020, at 12:04 pm, at **2280 Frederick Douglass Blvd, New York, New York, 10027**, deponent served the within SUMMONS & VERIFIED COMPLAINT on **Don Lemon**, defendant, therein named, by delivering a true copy thereof to **Debbie**, personally. **Debbie** confirmed and knowledge that she was the Across the hall Neighbor and dog walker for Don Lemon.

DESCRIPTION: Deponent describes the individual served as follows:

Sex: female    Age: 40-45 yrs    Weight: 130lbs    Height: 5'6    Hair Color: brown

Ethnicity: Caucasian        Other Identifying Features:

                                                    _____
                                                    MICHAEL P. LEO
                                                    DCA Lic. No.: 2069395

Sworn to before me this
23 day of Jan, 2020

_____
NotaryPublic

DONNA A. LARMANN
Notary Public, State of New York
No. 01LA6230377
Qualified in Nassau County
Commission Expires November 01, 2022

UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
DUSTIN HICE,

                          Plaintiff(s),

      -against-

DON LEMON,

                         Defendant(s),
-------------------------------------------------------------------------------X

Case # 2:19-cv-04666-JMA-GRB

**AFFIDAVIT OF SERVICE OF SUMMONS AND VERIFIED COMPLAINT**

State of New York)
County of Nassau ) ss.:

MICHAEL P. LEO, being duly sworn, deposes and says:

That deponent is not a party to this action is over 18 years of age and resides at Corona, New York.

That on January 23rd, 2020, at 10:57 am, at **2280 Frederick Douglass Blvd, Apt 11B, New York, New York, 10027**, deponent served the within SUMMONS & VERIFIED COMPLAINT on **Don Lemon**, defendant, therein named, by delivering a true copy thereof to **John Doe Doorman (Refused Name),** personally.

On January 23, 2020, deponent also enclosed a copy of same in a post paid sealed plain envelope marked personal and confidential, and properly addressed it to Don Lemon, at his last known address **2280 Frederick Douglass Blvd, Apt 11B, New York, New York, 10027**, and deposited said envelope in a post office box, official depository under the exclusive care and custody of the United States Postal Service within New York State.

DESCRIPTION: Deponent describes the individual served as follows:

Sex: male     Age: 38yrs     Weight: 180lbs     Height: 5'8     Hair Color: blk

Ethnicity: African American                  Other Identifying Features: dreadlocks

                                                            MICHAEL P. LEO
                                                            DCA Lic. No.: 2069395

Sworn to before me this
23 day of Jan , 2020

_____
NotaryPublic

DONNA A. LARMANN
Notary Public, State of New York
No. 01LA6230377
Qualified in Nassau County
Commission Expires November 01, 2022