**EXHIBIT A**

## Adrienne Levy

| | |
|---|---|
| **From:** | Adrienne Levy |
| **Sent:** | Friday, January 17, 2020 4:35 PM |
| **To:** | Caroline Polisi |
| **Cc:** | Stuart Bernstein |
| **Subject:** | RE: Hice v Lemon - Service |

Hi Caroline,

Thank you for your email.  You are aware of the relevant deadlines.  Please be guided accordingly.

Best,



**Adrienne Levy**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

**From:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Sent:** Friday, January 17, 2020 4:08 PM
**To:** Adrienne Levy <alevy@nmllplaw.com>
**Cc:** Stuart Bernstein <SBernstein@nmllplaw.com>
**Subject:** Re: Hice v Lemon - Service

Hi Adriene,

I have 30 days to return the receipt acknowledgment, according to the Rules and your package.

Thanks,
Caroline

Sent from my iPhone

> On Jan 16, 2020, at 11:47 AM, Adrienne Levy <alevy@nmllplaw.com> wrote:
>
> Thank you for confirming receipt.  As I am sure you can appreciate, your evasion of the question of service is quite troubling in light of your earlier representation.  Will you or will you not confirm acceptance of service of our Rule 4(d)-complaint package, as promised, before the service deadline expires?



**Adrienne Levy**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse,

2

and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

**From:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Sent:** Thursday, January 16, 2020 11:04 AM
**To:** Adrienne Levy <alevy@nmllplaw.com>
**Subject:** Re: Hice v Lemon - Service

Hi Adrienne,

Sorry I was tied up on other matters yesterday. I received the Fed-Ex, but confirming receipt via email is not the same as accepting service, as I'm sure you are aware!

Best,
Caroline

Sent from my iPhone

> On Jan 16, 2020, at 10:53 AM, Adrienne Levy <alevy@nmllplaw.com> wrote:
>
> Caroline,
>
> Per your email on December 2, 2019, you stated "I'm happy to accept service on behalf of Don so long as it complies with the requirements of Fed. R. Civ. P. 4(d)." Relying on your representation, the package delivered to your office on January 9, 2020, complies with Rule 4(d). Please confirm receipt and acceptance, as the service deadline approaches.
>
> Best,



## Adrienne Levy

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

[nmllplaw.com](nmllplaw.com)

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

**From:** Adrienne Levy <alevy@nmllplaw.com>
**Sent:** Wednesday, January 15, 2020 10:20 AM
**To:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Cc:** Christopher LaVigne <clavigne@piercebainbridge.com>; Stuart Bernstein <SBernstein@nmllplaw.com>
**Subject:** RE: Hice v Lemon - Service

Good morning,

Please let us know.

Best,
Adrienne



**Adrienne Levy**

363 Seventh Avenue, 5th Floor
New York, NY 10001-3904

212.736.4500    •    212.736.2260 fax

nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

**From:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Sent:** Friday, January 10, 2020 8:27 PM
**To:** Adrienne Levy <alevy@nmllplaw.com>
**Cc:** Christopher LaVigne <clavigne@piercebainbridge.com>; Stuart Bernstein <SBernstein@nmllplaw.com>
**Subject:** Re: Hice v Lemon - Service

Thanks, Adrienne,

I'm out of the office today and not back until weds so I'll have to check then.

Thanks,
Caroline

Sent from my iPhone

> On Jan 10, 2020, at 10:41 AM, Adrienne Levy <alevy@nmllplaw.com> wrote:
>
> Greetings,
>
> A revised package was delivered to your office yesterday morning. Per FRCP 4(d), the package contained two copies of the filed complaint, notice of lawsuit and request to waive service, two waiver of service forms, and a self-addressed postage-paid envelope for return. Please confirm receipt and acceptance of service.
>
> Best,



**Adrienne Levy**

363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500   •   212.736.2260 fax

nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and

permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

---

**From:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Sent:** Monday, January 6, 2020 6:30 PM
**To:** Adrienne Levy <alevy@nmllplaw.com>
**Cc:** Christopher LaVigne <clavigne@piercebainbridge.com>; Stuart Bernstein <SBernstein@nmllplaw.com>
**Subject:** Re: Hice v Lemon - Service

Hi Adrienne,

Happy new year! I received a package from you but it does not constitute good service.

Best,

Caroline
--
**Caroline J. Polisi,** Partner
Pierce Bainbridge Beck Price & Hecht LLP

277 Park Avenue, 45th Floor
New York, NY 10172

7

cpolisi@piercebainbridge.com
P: (646) 847-0925

**Boston  |  Cleveland  |  Los Angeles  |  New York  |  Washington, D.C.**

<image001.png>

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Adrienne Levy <alevy@nmllplaw.com>
**Date:** Monday, January 6, 2020 at 10:03 AM
**To:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Cc:** Christopher LaVigne <clavigne@piercebainbridge.com>, Stuart Bernstein <SBernstein@nmllplaw.com>
**Subject:** Hice v Lemon - Service

Good morning Caroline,

According to our records, you should have received service of the summons and complaint in the above-referenced matter on December 24, 2019.  Can you please confirm receipt?

Best,



**Adrienne Levy**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500     •     212.736.2260 fax

nmllplaw.com


                              vering this message to its
intended recipient, you are herewith notified that any dissemination,
distribution, copying or retention of this communication or the information
contained herein is strictly prohibited. If you have received this message
communication in error, please notify us by telephone immediately and

permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.