**From:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Date:** Wednesday, August 7, 2019 at 10:57 AM
**To:** Stuart Bernstein <SBernstein@nmllplaw.com>
**Cc:** "Andrew T. Miltenberg" <AMiltenberg@nmllplaw.com>, Christopher LaVigne <clavigne@piercebainbridge.com>
**Subject:** Re: Don Lemon

Sure.  As long as it conforms to the requirements of CPLR 312-A.  Please copy Chris on all correspondence moving forward.


--
**Caroline J. Polisi,** Partner
Pierce Bainbridge Beck Price & Hecht LLP

277 Park Avenue, 45th Floor
New York, NY 10172
cpolisi@piercebainbridge.com
P: (646) 847-0925

Boston  |  Cleveland  |  Los Angeles  |  **New York**  |  Washington, D.C.


PIERCE BAINBRIDGE

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Stuart Bernstein <SBernstein@nmllplaw.com>
**Date:** Wednesday, August 7, 2019 at 10:39 AM
**To:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Cc:** "Andrew T. Miltenberg" <AMiltenberg@nmllplaw.com>
**Subject:** Don Lemon
**Resent-From:** <cpolisi@piercebainbridge.com>

Ms. Polisi,

Please allow this correspondence to serve as confirmation that you have agreed, in the event needed, to accept service of Dustin Hice's Complaint on behalf of your client Don Lemon.

Stuart



**Stuart Bernstein, Esq.**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500 • 212.736.2260 fax

Vcard • nmllplaw.com

e individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.