**From:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Date:** December 2, 2019 at 9:10:07 AM EST
**To:** Stuart Bernstein <SBernstein@nmllplaw.com>
**Cc:** Adrienne Levy <alevy@nmllplaw.com>
**Subject: Re: Hice v. Lemon**

Hi Stuart - I hope you had a nice Thanksgiving. Thank you for getting the transcript. This does refresh my recollection, and I can confirm that this transcript is accurate, except that I would note that it was I and not Adrienne who corrected the misrepresentation you made to the Court that we had "exchanged money." I understood what you were trying to say, but I had to note for the record that we certainly had not exchanged money.

As I offered back in August, I'm happy to accept service on behalf of Don so long as it complies with the requirements of Fed. R. Civ. P. 4(d).

Thank you,

Caroline

Sent from my iPhone

> On Nov 29, 2019, at 12:13 PM, Stuart Bernstein <SBernstein@nmllplaw.com> wrote:
>
> Ms. Polisi,
>
> I trust the attached refreshes your recollection. Please advise if a letter to Judge Arzack seeking a new Order is necessary concerning Plaintiff's time to serve Mr. Lemon. If not, please confirm in writing, that Defendant acknowledges that Plaintiff has until January 25, 2020, 60 days from November 26. 2019, in which to effect service.
>
> Stuart Bernstein



**Stuart Bernstein, Esq.**

363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500   •   212.736.2260 fax
Vcard   •   nmllplaw.com

ly to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

**From:** Caroline Polisi <cpolisi@piercebainbridge.com>
**Sent:** Wednesday, November 27, 2019 6:31 AM
**To:** Stuart Bernstein <SBernstein@nmllplaw.com>
**Cc:** Adrienne Levy <alevy@nmllplaw.com>
**Subject:** Re: Hice v. Lemon

Hi Stuart,

I honestly was unclear on the service issue - do you have a transcript?

Happy thanksgiving (and to you too, Adrienne!)

Best,

Caroline

Sent from my iPhone

> On Nov 26, 2019, at 12:59 PM, Stuart Bernstein <SBernstein@nmllplaw.com> wrote:
>
> Ms. Polisi,
>
> Upon review of Judge Azrack's November 26, 2019 decision, it appears that the Judge omitted from her Order providing the Plaintiff with 60 days, from the date of the decision, in which to serve the Defendant. I presume a review of your firm's notes from the conference will confirm this fact.  Please advise if the Defendant agrees that the Plaintiff has until January 25, 2020, 60 days from November 26. 2019, in which to effect service. If Defendant does not concur, we will be submitting a letter to the Court requesting that Judge Azrack review the minutes from the September 10, 2019 conference and issue an amended Order that includes the revised service date.
>
> Stuart Bernstein
>
> 
>
> **Stuart Bernstein, Esq.**
> 363 Seventh Avenue, 5th Floor
> New York, NY 10001-3904
> 212.736.4500   •   212.736.2260 fax
> Vcard   •   nmllplaw.com

or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

<Hice October 10 2019-Minutes.pdf>