

| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Tara J. Davis | *Senior Litigation Counsel* |
| ——————————— | Diana R. Warshow | Rebecca C. Nunberg |
| Stuart Bernstein | Gabrielle M. Vinci | *Counsel* |
| | Kara L. Gorycki | Jeffrey S. Berkowitz |
| | Cindy A. Singh | *Counsel* |
| | Nicholas E. Lewis | Marybeth Sydor |
| | Adrienne D. Levy | *Title IX Consultant* |
| | Ryaan Nizam | |
| | Regina M. Federico | |

May 22, 2020

<u>**VIA ECF**</u>
The Honorable Joan M. Azrack, U.S.D.J.
The Honorable Steven I. Locke, U.S.M.J.
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

  Re: <u>Hice v. Lemon, No. 2:19-CV-04666 (JMA) (GRB)</u>
     <u>Stipulation of Time to Answer</u>

Dear Judge Azrack and Judge Locke:

  Consel for the Plaintiff, Dustin Hice, in the above-captioned matter, together with counsel for Defendant, Don Lemon, respectfully submit this joint letter request to set the deadline for Defendant's Answer as June 3, 2020.

  On February 21, 2020, Defendant filed a pre-motion letter, per the Court's rules, to file a Motion to Dismiss certain claims/damages as alleged in the Complaint. (ECF No. 31). The Court held conferences on this matter on Apri 30, 2020, and May 20, 2020. At the close of the May 20 conference, the Court instructed the parties to submit a proposed discovery schedule by June 5, 2020 (ECF No. 37).

  According to Federal Rule of Civil Procedure 12(a)(4)(A), the responsive pleading must be served within 14 days after the Court either denies or defers the motion to dismiss. The parties therefore jointly propose that Defendant submit his Answer within 14 days from the May 20 conference: June 3, 2020.

                Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**    **ARMSTRONG TEASDALE, LLP**

 /s/ _____    /s/ _____
By: Adrienne Levy, Esq.        By: Caroline Polisi, Esq.
*Attorneys for Plaintiff*         *Attorneys for Defendant*