

| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Tara J. Davis | *Senior Litigation Counsel* |
| ———————— | Diana R. Warshow | Rebecca C. Nunberg |
| Stuart Bernstein | Gabrielle M. Vinci | *Counsel* |
| | Kara L. Gorycki | Jeffrey S. Berkowitz |
| | Cindy A. Singh | *Counsel* |
| | Nicholas E. Lewis | Marybeth Sydor |
| | Adrienne D. Levy | *Title IX Consultant* |
| | Ryaan Nizam | |
| | Regina M. Federico | |

ATTORNEYS AT LAW
————————

nmllplaw.com

June 5, 2020

**VIA ECF**
The Honorable Steven I. Locke
Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
P.O. Box 9014
Central Islip, New York 11722
(631) 712-5700

   Re: *Hice v. Lemon*, **Docket No. 19-cv-04666 (JMA) (SIL)**
      **Joint Proposed Discovery Order**

Dear Magistrate Judge Locke:

  Pursuant to Judge Azrack's order dated May 20, 2020 (ECF No. 37), the parties hereby submit a joint proposed discovery schedule, annexed hereto. The parties will make themselves available for a conference with the Court if the Court so directs.


**ARMSTRONG TEASDALE, LLP**    **NESENOFF & MILTENBERG, LLP**

/s/Caroline J. Polisi        /s/ Adrienne Levy
Caroline J. Polisi, Esq.       Adrienne Levy, Esq.
*Attorneys for Defendant*      *Attorneys for Plaintiff*


Cc: All counsel (via ECF)

**NEW YORK** | 363 Seventh Avenue | 5th Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260

**BOSTON** | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188

# DISCOVERY PLAN WORKSHEET

| Proposed Schedule: Hice v. Lemon, 2:19-cv-04666-JMA-SIL | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures and HIPAA compliant records authorizations: | 6/19/2020 |
| Rule 16 Scheduling Conference (jointly requested by parties) | Possible dates: 6/29-7/2, 7/7-7/10 |
| Written Discovery Demands due by: | 7/20/2020 |
| Motion to join new parties or amend the pleadings: | 9/3/2020 |
| All fact discovery completed by: | 12/15/2020 |
| Experts disclosed by: | 12/15/2021 |
| Initial Expert Reports due: | 1/15/2021 |
| Rebuttal Expert Reports due | 2/15/2021 |
| Completion of all discovery | 4/5/2021 |
| Dispositive Motions | 5/28/2021 |

In the event that no experts are utilized in this matter, the parties submit the following adjustment to the proposed discovery schedule:

| All discovery completed by: | 12/15/2020 |
|---|---|
| Dispositive Motions | 2/15/2021 |

NOTE: The fact discovery schedule set forth above is based upon the parties' rough estimate at this time of approximately ten fact witnesses. In the event that a significant number of additional witnesses are identified as discovery progresses, the parties may seek an extension of fact discovery deadlines as may be necessary and appropriate.