

**Caroline J. Polisi**

919 Third Ave., 37th Floor
New York, NY 10022
Direct **T** 212.209.4359
cpolisi@atllp.com

November 4, 2020

**VIA ECF**
The Honorable Joan M. Azrak, U.S.D.J.
The Honorable Steven I. Locke, U.S.M.J.
Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, New York 11722

Re:     *Hice v. Lemon*, No. 19-cv-04666 (JMA) (SIL)
        <u>**Stipulation to Amend Pleading**</u>

Dear Judge Azrak:

        The parties in the above-captioned matter jointly write to respectfully request that the
Court dismiss Plaintiff's claims for lost earnings and diminished business opportunity damages
against Defendant.

        On October 20, 2020, counsel for Mr. Hice furnished defense counsel with an Amended
Rule 26 Disclosure Statement which states: "Plaintiff withdraws his request for damages for lost
earnings/diminished business opportunities."  Accordingly, the parties request that the Court
dismiss Plaintiff's request for damages for lost earnings/diminished business opportunities.  In
all other respects, Plaintiff's damages demand remains unchanged.

We appreciate the Court's consideration of our request.

Respectfully submitted,

**ARMSTRONG TEASDALE, LLP**                    **NESENOFF & MILTENBERG, LLP**

/s/Caroline J. Polisi                          /s/ Adrienne Levy
Caroline J. Polisi, Esq.                       Adrienne Levy, Esq.
*Attorneys for Defendant*                      *Attorneys for Plaintiff*

cc via ECF: All Counsel of Record