# Exhibit A



11:20
New iMessage
Cancel
To: Cody Dustin
See Jusuf's About Info
Thanks brother! Gonna have an update on Fox News most likely tomorrow!
Discovery is underway!
What should I say about ? Was she there?
She was there but didnt see it right ?
I mean they heard about instantly
I'm not really sure about her
I would try and move away from her
Shes a cunt and will try to ruin this
iMessage

A-1

# Exhibit B



AT&T
12:07 AM
18%
49
Cawksuckas
Like
Comment
Look who bobby's boss was hanging out with on christmas
Hahahahah
Dustin
Screw that guy!
-7855
They probably did
Dustin
Lmao
Well we all know he smells like pussy! 🤣
D
D
iMessage
Pay
SOUL

B-1



AT&T
12:22 AM
25%
53
Cawksuckas
Aug 27, 2018, 10:21 PM
Dustin
HA HA
BREAKING NEWS
TRUMP FINALLY SPEAKS ABOU
EVERYTHING SENATOR MCCAI
SE BY THE REGIME
PENTAGON
D
BREAKING NEWS! DON LEMON IS A REAL CAWKSUCKAAAA!!
D
-7855
Hahahahaha yes
BREAKING NEWS
iMessage
Pay
SOUL

B-2



4:36
LTE
39
Cawksuckas
D
We're making t shirts with his face on it
D
Maybe: ██████7855
ATP
Aug 19, 2018, 8:23 AM
iMessage
Pay

B-3

# Exhibit C



djdusty7 55s
WHEN LIFE GIVES YOU LEMONS, LEAVE THEM ON DON LEMON'S DOORSTEP! 🤣🍋🍋🍋🍋🍋
#PRANKWARCHAMPIONS
@THE_OPA_GUY
@THEOLDSTOVEPUB
@DONLEMONCNN
Send message

C-1



C-2

C-3



C-4



2:42
42
Cawksuckas
Dustin
WHEN LIFE GIVES YOU LEMONS, LEAVE THEM ON DON LEMON'S DOORSTEP!
#PRANKWARCHAMPIONS
@THE_OPA_GUY
@THEOLDSTOVEPUB
D
WHEN LIFE GIVES YOU LEMONS, LEAVE THEM ON DON LEMON'S DOORSTEP!
#PRANKWARCHAMPIONS
@THE_OPA_GUY
@THEOLDSTOVEPUB
iMessage

C-5



2:42
42
Cawksuckas
Dustin why didn't you tag me...
Dustin
lol shit, my bad... how do I do that now?
You have to repost lol
Dustin
WHEN LIFE GIVES YOU LEMONS, LEAVE THEM ON DON LEMON'S DOORSTEP!
#PRANKWARCHAMPIONS
@THE_OPA_GUY
@THEOLDSTOVEPUB
iMessage

C-6