**UNITED STATES DISTRICT COURT**  **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**  **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE  DATE:  1/6/21
          U.S. MAGISTRATE JUDGE  TIME:   11:30 am

CASE:  **CV 19-4666 (JMA) Hice v. Lemon**

TYPE OF CONFERENCE:   STATUS  FTR:

APPEARANCES:
          For Plaintiff:   Adrienne Levy

          For Defendant: Caroline Polisi

**THE FOLLOWING RULINGS WERE MADE:**

☒       Other:   Status conference held. Defendant's motion to compel, DE [50], is granted in part and denied in part as follows.   Plaintiff will produce all responsive social media posts, public and private, on or before January 15, 2021.  Plaintiff's counsel is reminded of her obligation to oversee the production to make sure that everything from all of Plaintiff's social media accounts is produced.  The motion to provide further damages calculations consistent with Rule 26 is denied.  Defendant's application for a Rule 35 examination of Plaintiff is granted as is the ability to identify Mark Mills, M.D. as an expert witness.  Plaintiff's treating therapist disclosures and Defendant's expert disclosure will be served on or before February 15, 2021.  The motion for production of a privilege log is denied based on Plaintiff's representation that no documents have been withheld on the basis of privilege. Finally, the parties will letter brief the issue of production of witness statements obtained by Defendant consistent with the Court's bundle rule.  The letters will be filed on or before February 12, 2021.

At the next conference the parties will be prepared to address all remaining outstanding discovery and schedule for completion.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

      2/16/21 at 2:00 pm              : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                         SO ORDERED

                          /s/Steven I. Locke
                         STEVEN I. LOCKE
                         United States Magistrate Judge