| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 3/2/21 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 3:00 pm |

CASE:  **CV 19-4666(JMA) Hice v. Lemon**

TYPE OF CONFERENCE:  MOTION    **FTR:15:39-15:48/SEALED**

APPEARANCES:
  For Plaintiff:   Stuart Bernstein, Adrienne Levy and Andrew Miltenberg (with Dustin Hice)

  For Defendant: Caroline Polizzi, Daniella Gordon and Chris Lavigne

**THE FOLLOWING RULINGS WERE MADE:**

☐ The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☒ Other:  Oral argument held.  Plaintiff's counsel's motion to withdraw, DE [58], is granted without opposition from Plaintiff and over Defendant's objections.  Plaintiff has represented that he has incoming counsel who will file a notice of appearance as soon as possible.  This matter is stayed until the next status conference on April 5, 2021 at 11:00am.  For the sake of clarity, the Court notes that outgoing Plaintiff's counsel is asserting a charging lien as to expenses occurred to date.  Finally, the Court points out that if for any reason incoming counsel does not enter the case, Plaintiff is responsible to appear at the next status conference personally and will be responsible for prosecuting the case until such time as he can obtain new counsel.
  Outgoing counsel is ordered to serve a copy of this order on Plaintiff and file a certification of service.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

  4/5/21 at 11:00 am            : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**


    SO ORDERED

    /s/Steven I. Locke
    STEVEN I. LOCKE
    United States Magistrate Judge