| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 5/5/2021 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 2:00 pm |

CASE: **CV 19-4666 (JMA) Hice v. Lemon**

TYPE OF CONFERENCE:   MOTION                              FTR:

APPEARANCES:
       For Plaintiff:   Robert Barnes
                       Stuart Bernstein and Adrienne Levy (outgoing counsel)

       For Defendant: Caroline Polisi and Daniela Gordon

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☒   Other:   Oral argument held.  Plaintiff's motion to compel production of the case file from outgoing counsel, DE [68], is denied for the reasons set forth on the record.  The retaining lien on the file, asserted in the amount of costs incurred by outgoing counsel, is valid, and must be resolved.  See Melnick v. Press, 06-CV-6686, 2009 WL 2824586 *11-12 (E.D.N.Y. Aug. 28, 2009) (Bianco, J.); Security Credit Sys., Inc. v. Perfetto, 242 A.D.2d 871, 871-72, 662 N.Y.S.2d 674, 674-75 (4th Dep't 1997).

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

      6/16/21 at 10:00 am         : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                                           SO ORDERED

                                                           /s/Steven I. Locke
                                                          STEVEN I. LOCKE
                                                          United States Magistrate Judge