# Exhibit B

# Christopher Lynett

| | |
|---|---|
| **From:** | Adrienne Levy <alevy@nmllplaw.com> |
| **Sent:** | Tuesday, June 23, 2020 11:06 AM |
| **To:** | Caroline J. Polisi |
| **Cc:** | Daniella Gordon; Stuart Bernstein |
| **Subject:** | Re: Consent order; initial disclosures [IWOV-IDOCS.FID3869103] |

Good morning Caroline,

The disclosures are accurate per the Rules.  You are welcome to request separate or additional information through the ordinary course of discovery.

Also, pending final approval from our client, we should be good to move forward with the EDNY standard form DCO.  I'll try to nail that down in the next day or so.  We are also waiting on your proposal for a separate privacy/media stip as discussed previously.

Best,
Adrienne



**Adrienne Levy**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500     •     212.736.2260 fax

nmllplaw.com

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to

any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

> On Jun 23, 2020, at 10:34 AM, Caroline J. Polisi <CPolisi@atllp.com> wrote:
>
> Adrienne,
>
> Following up from my email of three days ago. What is going on? Please provide your Jane Doe witness information to us.
>
> Thank you,
>
> Caroline
>
> ---
>
> **From:** Caroline J. Polisi
> **Sent:** Saturday, June 20, 2020 8:29 AM
> **To:** 'Adrienne Levy'; Daniella Gordon
> **Cc:** Stuart Bernstein
> **Subject:** RE: Consent order; initial disclosures [IWOV-IDOCS.FID3869103]
>
> Adrienne,
>
> Just reviewing your initial disclosures – what happened to your "Jane Doe" from your complaint?
>
> We assume you left her off in error. Please provide her information asap.
>
> Thank you,
>
> Caroline

2

Exhibit B - 02

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

| | | |
|---|---|---|
| **DUSTIN HICE,** | : | |
| | : | Docket No.  2:19-cv-04666-JMA-SIL |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **PLAINTIFF'S** |
| -against- | : | <u>**RULE 26 DISCLOSURES**</u> |
| | : | |
| | : | |
| **DON LEMON,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

------------------------------------------------------------------------X

Plaintiff Dustin Hice (hereinafter "Plaintiff"), by and through his attorneys Nesenoff & Miltenberg, LLP, hereby submits these Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Plaintiff reserves the right to supplement and/or amend these disclosures based upon subsequently discovered documents and information. The inclusion of any documents or information in this disclosure statement shall not be deemed to waive: (i) the attorney-client privilege, attorney work-product privilege, or any other applicable privilege, either generally or as they may pertain to a particular document; and/or (ii) objections to the admissibility or relevance of any documents/information in this matter.

1. **Rule 26(a)(1)(A)(i) Witnesses:**

The following information is being provided subject to the Parties' agreement not to publicly disclose the names or contact information of witnesses identified herein.

| | | |
|---|---|---|
| 1. | Plaintiff Dustin Hice<br>C/O Nesenoff & Miltenberg, LLP<br>363 Seventh Ave 5th Fl.<br>New York, NY 10001<br>(212) 736-4500 | **Subject of Knowledge**: Facts underlying the Complaint; damages. |
| 2. | Don Lemon<br>C/O Armstrong Teasdale | **Subject of Knowledge**: Interactions between Plaintiff and Defendant at Murf's Backstreet Tavern, facts underlying the Complaint. |
| 3. | Bobby Weissleder<br>(███) ███-████ | **Subject of Knowledge**  Spread of information/Plaintiff's damages, as set forth in the Complaint. |
| 4. | George Gounelas<br>(███) ███-████ | **Subject of Knowledge**:  Events at Murf's Backstreet Tavern between Plaintiff and Defendant;   Spread of information/Plaintiff's damages, as set forth in the Complaint . |
| 5. | Kelly Sgroi, LMHC<br>███████████<br>███-███-████ | **Subject of Knowledge**:   Plaintiff's damages |
| 6. | Witnesses identified in Defendant's disclosures. | **Subject of Knowledge: TBD** |

2. **Rule 26(a)(1)(A)(ii) Documents:**

No documents at this time.

Exhibit B - 04

3.  **Rule 26(a)(1)(A)(iii) Damages:**

Plaintiff has sustained damages in an amount to be determined at trial, which includes, without limitation, damages for deprivations of the access to career opportunities; damages for past, present, and future emotional pain and suffering, ongoing and severe mental anguish, and loss of past, present, and future earnings and enjoyment of life, plus punitive/exemplary damages, prejudgment interest, attorneys' fees, expenses, costs and disbursements.

4.  **Rule 26(a)(1)(A)(iv) Insurance Agreements:**

Plaintiff has no insurance agreements of the kind described in Rule 26(a)(1)(A)(iv).

The instant disclosure is without prejudice to and with a full reservation of rights to supplement or amend plaintiff's initial disclosures.

Dated: New York, New York
June 19, 2020

          **NESENOFF & MILTENBERG LLP**

          By: **s/ Adrienne Levy**
            Adrienne Levy, Esq.
            NESENOFF & MILTERNBERG, LLP
            363 Seventh Avenue, Fifth Floor
            New York, New York 10001
            (212) 736-4500
            alevy@nmllplaw.com

Exhibit B - 05

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served upon the attorneys of record for Defendant at the address shown below on June 19, 2020.

Armstrong Teasdale LLP
Caroline J. Polisi
Daniella Gordon
919 Third Ave, 37th Floor,
New York, NY 10022
cpolisi@atllp.com
DGordon@atllp.com

*Attorneys for Defendant*

BY:   ☐ Federal Express     ☐ U.S. Mail

☐ Hand-Delivery     ■ Other: Email


_____/s_____
**Adrienne Levy**