# Exhibit E

# **PLAINTIFF'S EXHIBIT 1**



UNITED STATES DISTRICT COURT
EASTERN DISTRIT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

DUSTIN HICE,

                Plaintiff,

-against-

DON LEMON,

                Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

**RESPONSES AND
OBJECTIONS TO
SUBPOENA**

Civil Action No.:
2:19-cv-4666-JMA-SIL

      Non-party Isabel Peters ("Isabel"), by undersigned counsel Farrell Fritz, P.C., in accordance with Federal Rule of Civil Procedure ("FRCP") 45, hereby responds and objects to Plaintiff's, Dustin Hice's, Subponea to Testify and Produce Documents in a Civil Action ("Requests"), dated December 15, 2020, on the grounds set forth below.

## GENERAL OBJECTIONS

      The following general objections apply to each and every document request ("Request") and shall have the same force and effect as if set forth in full in response to each individually numbered Request.

      A.    Isabel objects to the Requests to the extent that they are overly broad and unduly burdensome and seek to impose burdens in excess of those imposed under the FRCP.

      B.    Isabel objects to the Requests to the extent that they seek documents that are already in the possession or control of Plaintiff, or that are readily accessible to Plaintiff from a source other than Isabel.

      C.    Isabel objects to the Requests to the extent they call for the production of documents subject to the (i) attorney-client privilege, (ii) work-product doctrine, or (iii) any other privilege or

1

protection afforded by applicable law, including all materials prepared in anticipation of litigation. To the extent that any Request can be construed as seeking information subject to such privileges or any other privilege afforded by law, Isabel claims such privilege or invokes the work-product doctrine. Inadvertent disclosure of any privileged or otherwise-protected information shall not constitute a waiver of any claim of privilege, protection, exemption or immunity.

      D.     Isabel objects to the Requests to the extent that they call for the production of "all" documents regarding certain subjects insofar as this implies that Isabel should undertake a review of every document in her possession, custody or control. Such a request is unduly burdensome, and cost prohibitive.

      E.     Isabel objects to the Requests to the extent that they are unreasonably cumulative or duplicative.

      F.     Isabel objects to the Requests to the extent they are vague, ambiguous or otherwise lack sufficient particularity to permit a response.

      G.     Isabel objects to the Requests to the extent they seek information and documentation without identifying any temporal limitation.

      H.     Isabel objects to the "Definitions," "on the grounds of over-breadth, burden, and vagueness. Moreover, Isabel objects to the "Definitions" to the extent they seek to impose upon him burdens or obligations that are different from or greater than those provided for under the FRCP.

      I.     Isabel reserves the right to supplement and update the responses to the Requests pursuant to FRCP 45.

## SPECIFIC RESPONSES AND OBJECTIONS

**REQUEST NO. 1**

2

IPSUBPOENA002

*Produce all documents and communications with any person (including but not limited to Don Lemon, his attorneys, investigators, or other agents) from July 15, 2018 to present, concerning:*

*(i)     any interaction between Dustin Hice and Don Lemon at Murf's Backstreet Tavern on or about July 15, 2018 (this would include and any all communications concerning Don Lemon assaulting or allegedly assaulting the Plaintiff; Don Lemon sticking his hands down his shorts and then placing his fingers in or near Plaintiff's face; Don Lemon making crude remarks to Plaintiff concerning his sexual orientation; claims, denials or rumors of Don Lemon assaulting, embarrassing, or humiliating Plaintiff in the Hamptons in the summer of 2018; or mockery that Plaintiff was subjected to in the Hamptons in the summer of 2018 relating to Don Lemon); and*

*(ii)     this lawsuit.*

## RESPONSE TO REQUEST NO. 1

Isabel objects to this Request on the grounds that it is overbroad to the extent that it calls for the production of "all" documents and communications and lacks any temporal limitation. Isabel further objects to this Request on the ground that it seeks documents that are already in Plaintiff's possession or available to Plaintiff from a party to this litigation causing this Request to be burdensome on a non-party.

Subject to the foregoing General and Specific Objections, Isabel has produced herewith responsive, non-privileged documents bearing bates stamps IP-1 through IP-12 and has forwarded to counsel for the Plaintiff an email containing five video zip files.

3

IPSUBPOENA003

Dated: December 23, 2020
Water Mill, New York

FARRELL FRITZ, P.C.

By:

/S/ *Brian C. Doyle*

Brian C. Doyle, Esq.
Attorneys for Non-party Isabel Peters
50 Station Road, Building One
Water Mill, New York 11976
(631) 537-3100

To:     Stuart Bernstein, Esq.
        Adrienne Levy, Esq.
        Nesenoff & Miltenberg, LLP
        Attorneys for the Plaintiff
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        SBernstein@nmllplaw.com
        alevy@nmllplaw.com

        Caroline Polisi, Esq.
        Armstrong Teasdale, LLP
        Attorney for the Defendant
        919 Third Avenue, 37th Floor
        New York, New York 10022
        cpolisi@atllp.com

4

## CERTIFICATE OF SERVICE

The undersigned attorney for Isabel Peters hereby certifies that he caused the foregoing Response and Objection to be served on the people listed below via electronic mail on December 22, 2020.

/S/ *Brian C. Doyle*
_____
Brian C. Doyle


To:     Stuart Bernstein, Esq.
        Adrienne Levy, Esq.
        Nesenoff & Miltenberg, LLP
        Attorneys for the Plaintiff
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        SBernstein@nmllplaw.com
        alevy@nmllplaw.com

5

IPSUBPOENA005



**1**

IP

IPSUBPOENA006



2

IPSUBPOENA007

IP



3

IPSUBPOENA008



4

IP



5

IPSUBPOENA010



6

IPSUBPOENA011



7

IP

IPSUBPOENA012



IP

IPSUBPOENA013



**9**

IPSUBPOENA014



10

IPSUBPOENA015



11

IPSUBPOENA016



12



3:15
39
Maybe: [redacted]
Mar 6, 2019, 4:44 PM
Thanks for telling dustin
Way to go tell him that im pissed like you aren't
You couldnt even wait one hour
Howabout i call them both out in the group chat, but then im the bad guy again
??
This isn't about who's right and wrong, its all about that this situation is fucked and its not all about the money. I would've liked to been asked personally rather through my boyfriend about how I felt about giving a statement. I dont want to be involved in this, you guys harassed him more than he did to you
There is nothing to be called out about
Everyone knows everyones opinions. I didn't want dustin to know how pissed I was, but now he does and it conflicts in this
iMessage



3:15
39
Maybe: [redacted]
felt about giving a statement. I dont want to be involved in this, you guys harassed him more than he did to you
There is nothing to be called out about
Everyone knows everyones opinions. I didn't want dustin to know how pissed I was, but now he does and it conflicts in this friendship
He asked me to ask u
So i did
Thats not a beef you should hAve with me
You made me seem like I was the only one pissed
You told me you were too and he only told grace I was
No not at all
I hate this he said she said shit
I said its "a hard no"
This is so aggravating
iMessage
Pay



3:15

39   Maybe:

This is so aggravating

This has nothing to do with me

I have nothing against the man

Im done being friends with either

Clearly you dont want to be involved in the situation because it doesnt give you any "money", which I think is bs. Not everything is about money, maybe dustin should hear from you that you dont agree with what he's doing bc you guys harassed him more

This isn't something to end a freindship over

Thats childish

Its a culmination of shit

Im tired of grace said this and and that

Not friends i need

Well at least Im hearing more about the situation from her

Thats good

iMessage

IPSUBPOENA020





IPSUBPOENA022



IPSUBPOENA023



IPSUBPOENA024



IPSUBPOENA025



IPSUBPOENA026



IPSUBPOENA027







**2:58**  •ıll LTE 🔋

‹ 41   **Grace** ›

Mar 6, 2019, 4:11 PM

Dustin is suing don lemon

How ridiculous is that

....what

I just talked to him he didn't say anything about that

Over the dick or pussy

Oh I know but wtf

That was months ago

George called me today asking me if I'd talk to the lawyer

Lmao that's why he asked me if I was there

The amount of times Dustin has said something dumb to a girl

I know

And nobody sued him

This is dumb

I went on a rant to George

Text Message ⬆

IPSUBPOENA030



2:58     •••ıll LTE 🔋

‹ 41     **Grace** ›

> I went on a rant to George

> Don didn't even touch him

Ridiculous

Very ridiculous

> He joked about it the entire summer

> And then harassed don at his house with us

> They did more harassing then don

Yes they did

> Dustin was trying to get him back to the old stove and shit

If don remembers any of this he would have a bigger case then they do

> Totally

> I was kinda screaming at George saying how fucked that is

Good

> They harassed him over the lemon shots

Text Message   ⬆



**2:58**   LTE

‹ 41   **Grace** ›

They harassed him over the lemon shots

Now im going to be involved

I brought them to his house

I could be sued over confidentiality

I wouldn't get involved

Don't testify

Nothing

Fuck no

I was just saying don knows I put the lemons at his house

Yeah no I know but that is harmless compared to everything else they've done

You just left a "fruit basket"

I have his phone, email, and address

It's not like you gave them info specifically but you went there and they were with you

Hell I brought them once too

Text Message

IPSUBPOENA032





IPSUBPOENA034



IPSUBPOENA035