# Exhibit I

```
                                                            Page 1
 1
 2      UNITED STATES DISTRICT COURT
 3      EASTERN DISTRICT OF NEW YORK
 4      Civil Action No. 2:19-cv-04666-JMA-GRB
 5      -----------------------------------------x
 6      DUSTIN HICE,
 7                               Plaintiff,
 8
 9            - against -
10
11      DON LEMON,
12                               Defendant.
13      -----------------------------------------x
14                               January 7, 2021
15                               10:07 a.m.
16
17           ZOOM EXAMINATION BEFORE TRIAL of a
18      non-party witness, ISABEL PETERS, pursuant to
19      Subpoena, held at 50 Station Road, Buiding 1,
20      Water Mill, New York 11976 before Mandy Fein, a
21      Notary Public of the State of New York.
22
23
24
25
```

```
 1
 2         A P P E A R A N C E S :
 3
 4         NESENOFF & MILTENBERG, LLP
 5         363 Seventh Avenue, 5th Floor
 6         New York, New York 10001
 7               Attorney for Plaintiff
 8
 9         BY:  ADRIENNE LEVY, ESQ
10
11
12         ARMSTRONG TEASDALE, LLP
13         919 Third Avenue, 37th Floor
14         New York, New York 10022
15               Attorney for Defendant
16
17         BY:  CAROLINE POLISI, ESQ
18              ERIC CREIZMAN, ESQ
19              CHRISTOPHER LYNETT, ESQ
20
21         FARRELL FRITZ, ESQS
22         50 Station Road, Building 1
23         Water Mill, New York 11976
24               Attorneys for Isabel Peters
25         BY:  BRIAN DOYLE, ESQ
```

Page 3

## STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question, shall be reversed to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

*   *   *

```
                                              Page 28
1                       PETERS
2         Q.    Before you arrived, had you had any
3    alcohol that day?
4         A.    No.
5         Q.    When you arrived at Murf's, did you
6    have anything to drink?
7         A.    No.  It was too chaotic.
8         Q.    What do you mean by that?
9         A.    Both the men, George and Dustin, were
10    definitely out of control yelling and
11    screaming and stuff, and the bar was pretty
12    packed.
13        Q.    When you say out of control, could
14    you describe that a little bit?
15        A.    Yelling across the bar to order lemon
16    drop shots, yelling out fake news, really
17    excited that there was a celebrity there.
18        Q.    Did you mention to George that you
19    know Don?
20        A.    At that time I did, yeah.
21        Q.    Do you think, I apologize, have you
22    mentioned it to him before, is it possible that
23    George knew before that night?
24        A.    It could be a possibility, but I
25     can't answer that, I don't know.
```

1                         PETERS
2         direction, but, like I said, there were people
3         around, so I couldn't see.
4              Q.    Were you talking to George at that
5         time?
6              A.    I am pretty sure I was, yes.
7              Q.    So, Dustin left the conversation?
8              A.    Uh-huh.
9              Q.    To go somewhere else?
10             A.    Yeah.
11             Q.    And you were talking to George?
12             A.    Uh-huh.
13             Q.    And then how much time would you say
14        went by before Dustin came back?
15             A.    Three minutes.  It was really short.
16             Q.    What did Dustin say when he came
17        back?
18             A.    He definitely ran over and was like
19        oh, my god, you're not gonna believe what just
20        happened, and then he said what Don did, and
21        George then yelled and was like oh, my god, no
22        way, blah, blah, blah, and then that was when
23        they kept -- Dustin kept doing it over and
24        over again trying to show us what Don did.
25             Q.    And was it your understanding he was

Page 109

```
 1                      PETERS
 2      showing you and Mr. Gunilis because neither of
 3      you had, in fact, witnessed anything?
 4           A.    Yes.
 5                 MS. LEVY:  Objection.
 6           Q.    Did George see what happened between
 7      them?
 8           A.    No.
 9                 MR. DOYLE:  Objection.
10           Q.    When Dustin was telling you about
11      what happened, did he say that anybody else saw
12      what happened?
13           A.    No.
14           Q.    Did he indicate whether or not
15      Mr. Lemon actually touched him?
16           A.    He didn't say that he touched Dustin.
17           Q.    Was it your understanding that he
18      touched him?
19           A.    No.  Because Dustin explicitly said
20       Don put his hands in his pants and put his
21       hands in my face.
22           Q.    When you say in my face?
23           A.    Like not touching, like in front.
24           Q.    Did you understand that to mean that
25      Don had touched Dustin?
```

Page 137

1          PETERS
2     believe that Dustin was assaulted, so he
3     should get justice.
4          Q.    Why do you think that, did Dustin
5     ever tell you, you mentioned something about
6     getting paid, why do you think that?
7          A.    I think because George mentioned it,
8     that Dustin told his family and that they were
9     really sad and emotional about it.
10         Q.    What about the money?
11         A.    Well, that too.
12         Q.    George mentioned that Dustin had --
13         A.    That, yeah, he had told George that
14    he could -- his family basically was like, you
15    could sue the guy and get a lot of money while
16    also getting your justice.
17         Q.    And then on the next page you say, I
18    went on a rant to George.  Don didn't even
19    touch him.
20               Why did you say Don didn't even touch
21    him?
22         A.    Because Don didn't touch him.  He put
23    his so-called hands in his face.  That's what
24    I was told.
25         Q.    By who?

1                    PETERS
2         A.     By Dustin.
3         Q.     Just for the record, did you ever
4    hear Dustin use the word assault that summer?
5         A.     Sexual assault.
6         Q.     What's that?
7         A.     Sexual assault.  He claimed that it
8     was sexual harassment and assault.
9         Q.     And just for the record, when you did
10    the finger wag with your two fingers up in the
11    air up and down, is that how Dustin portrayed
12    it to you?
13        A.     Yeah.
14        Q.     And when he did it, did he touch
15    himself, like did he touch his nose or did he
16    just wave his hands in the air?
17        A.     He just waved his hands in the air.
18        Q.     And then going down, you say, He
19    joked about it the entire summer and then
20    harassed Don at his house with us.  They did
21    more harassing than Don.
22               Can you explain that?
23        A.     I think I meant about going to the
24     house often and posing in front of his yard,
25     and putting things on his property.  I don't