**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**Dustin Hice,**

        Plaintiff,                  **RECUSAL ORDER**

  -V-

                                       19-CV-04666-JMA

**Don Lemon,**

        Defendant.
-------------------------------------------------------X

**WICKS, Magistrate Judge**

     The undersigned hereby recuses himself from the above entitled case pursuant to 28 U.S.C., Section 455 (a) and it is requested that the Clerk of the Court reassign this case to another Magistrate Judge in the ordinary course of business.

                                                                   **SO ORDERED**:

                                                                   s/ James M. Wicks
                                                                   JAMES M. WICKS
                                                                   United States Magistrate Judge

Dated:    October 7, 2021