# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 2/16/2022          TIME: 12:30 PM          TIME IN COURT:    15 Mins.

CASE:      **Hice v. Lemon**
           **2:19-cv-04666-JMA-JMW**

FILED
CLERK
1:39 pm, Feb 16, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

APPEARANCES:     Plaintiff:     Robert Barnes

                 For Defendants: Caroline Polisi, Daniella Gordon, Christopher Linus

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers to be served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☒ Jury selection and trial scheduled for 6/6/2022 at 9:30 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
- ☐ A further telephone status conference is set for      /2021 at     AM before Judge Joan M. Azrack.  Parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.
- ☒ Other:  Motion [103] is denied. Motion [94] is granted to include William Erdman as a witness.  Witness list is amended to also include George Gounelas.