**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DUSTIN HICE,

          Plaintiff,

  - against -                                      **PARTIAL JUDGMENT FOR**
                                                                   **ATTORNEYS' FEES**
                                                                   CV 19-4666 (JMA)(SIL)

DON LEMON,

          Defendant.
-------------------------------------------------------------X

      A Memorandum and Order of Honorable Steven I. Locke, United States Defendants Judge, having been filed on March 23, 2022, granting in part and denying part Defendant's motion for attorneys' fees, awarding Defendant $77,119.33 in attorneys' fees and costs, and respectfully directing the Clerk of the Court to enter a partial judgment in this matter, it is

      **ORDERED AND ADJUDGED** that Defendant's motion for attorneys' fees is granted in part and denied in part; and that Defendant Don Lemon is awarded $77,119.33 in attorneys' fees and costs as against Plaintiff Dustin Hice.

Dated:  March 24, 2022
           Central Islip, New York

                                                                              BRENNA B. MAHONEY
                                                                              CLERK OF THE COURT

                                                           BY:    /S/ JAMES J. TORITTO
                                                                            DEPUTY CLERK