# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK (Central Islip)

DUSTIN HICE,

    Plaintiff,

v.

DON LEMON,

    Defendant.

Case No.: 2:19-cv-04666-JMA-JMW

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)

TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL:

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action should be voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own costs and attorneys' fees.

DATED: May 2, 2022

/s/ Robert E. Barnes
Robert E. Barnes
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (310) 510-6211
Email: robertbarnes@barneslawllp.com

Attorneys for Plaintiff DUSTIN HICE

| | |
|---|---|
| 1 | DATED: May 2, 2022 |
| 2 | |
| 3 | /s/ Caroline Polisi<br>Caroline Polisi |
| 4 | /s/ Daniella Gordon<br>Daniella Gordon |
| 5 | ARMSTRONG TEASDALE LLP<br>919 Third Ave, Suite 1800<br>New York, NY 10022 |
| 6 | Tel: (212) 209-4400<br>Email: cpolisi@atllp.com |
| 7 | Email: dgordon@atllp.com |
| 8 | Attorneys for Defendant DON LEMON |

///

///

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

DUSTIN HICE,

    Plaintiff,

v.

DON LEMON,

    Defendant.

Case No.: 19-04666

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, Robert Holzinger, am a citizen of the United States and am at least 18 years of age. My business address is 700 South Flower Street, Suite 1000, Los Angeles, California 90017.

I am not a party to the above titled action. I have caused service of "**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)**" on the following party(ies) by filing with the Clerk of the Court using the CM/ECF system, and that a courtesy copy was forwarded to the following attorney(s) of record by Electronic Notification:

Caroline J. Polisi
ARMSTRONG TEASDALE LLP
919 Third Ave, 37th Floor
New York, New York 10022
Email: cpolisi@atllp.com
Attorneys for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2022.

                                                                                                                   /s/ Robert Holzinger