# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK (Central Islip)

| | |
|---|---|
| DUSTIN HICE,<br><br>    Plaintiff,<br><br>    v.<br><br>DON LEMON,<br><br>    Defendant. | Case No.: 2:19-cv-04666-JMA-JMW<br><br>**FILED**<br>**CLERK**<br><br>May 3, 2022<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)**

TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL:

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action should be voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own costs and attorneys' fees.

DATED: May 2, 2022

/s/ Robert E. Barnes
Robert E. Barnes
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (310) 510-6211
Email: robertbarnes@barneslawllp.com

Attorneys for Plaintiff DUSTIN HICE

DATED: May 2, 2022

/s/ Caroline Polisi
Caroline Polisi
/s/ Daniella Gordon
Daniella Gordon
ARMSTRONG TEASDALE LLP
919 Third Ave, Suite 1800
New York, NY 10022
Tel: (212) 209-4400
Email: cpolisi@atllp.com
Email: dgordon@atllp.com

Attorneys for Defendant DON LEMON

Case closed.
SO ORDERED.
/s/ JMA, USDJ
5/3/2022

///

///

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUSTIN HICE,<br><br>   Plaintiff,<br><br> v.<br><br>DON LEMON,<br><br>   Defendant. | Case No.: 19-04666<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Robert Holzinger, am a citizen of the United States and am at least 18 years of age. My business address is 700 South Flower Street, Suite 1000, Los Angeles, California 90017.

I am not a party to the above titled action. I have caused service of "**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)**" on the following party(ies) by filing with the Clerk of the Court using the CM/ECF system, and that a courtesy copy was forwarded to the following attorney(s) of record by Electronic Notification:

Caroline J. Polisi
ARMSTRONG TEASDALE LLP
919 Third Ave, 37th Floor
New York, New York 10022
Email: cpolisi@atllp.com
Attorneys for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2022.

                /s/ Robert Holzinger